```
DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
MIGUEL VALDIVIA-CRUZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>MIGUEL VALDIVIA-CRUZ,<br><br>*Defendant.* | NO. 1:10-cr-0283 LJO<br><br>STIPULATION TO ADVANCE STATUS CONFERENCE HEARING; ORDER THEREON<br><br>Date: April 22, 2011<br>Time: 8:15 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Ian Garriques, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Miguel Valdivia-Cruz, that the hearing currently set for May 6, 2011 at 9:00 a.m., **may be advanced and rescheduled to April 22, 2011 at 8:15 a.m.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea on April 22, 2011.

///

///

///

///

///

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: April 19, 2011                   /s/ Ian Garriques
                                        IAN GARRIQUES
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender


Dated: April 19, 2011                   /s/ Peggy Sasso
                                        PEGGY SASSO
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        MIGUEL VALDIVIA-CRUZ
```

IT IS SO ORDERED.

**Dated:    April 19, 2011**                /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE